# Ballard Spahr
LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Michele Solari
Tel: 646.346.8012
Fax: 212.223.1942
solarim@ballardspahr.com

March 7, 2025

*Via eFile (CM/ECF)*

The Hon. Nusrat Jahan Choudhury
United States District Court for the New York
Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Takhiya Roland v. AA Belmont Ave LLC, et al
    Docket No.: 2:24-cv-06693-NJC-JMW

Dear Judge Choudhury:

    This firm represents Defendants AA Belmont Ave, LLC and Dr. Ijaz Ahmad (improperly named as "Ahmed") (collectively, "Defendants") in the referenced matter. I write to notify the Court that Defendants and Plaintiff Takhiya Roland (collectively, "Parties") have reached a settlement in principle in this matter. As such, the Parties respectfully request the Court to adjourn all future conferences and deadlines for this matter while counsel for the Parties to finalize the details of the settlement agreement. Please accept this letter as the Parties' formal notice of settlement. Plaintiff joins in this request.

    We appreciate the Court's continued attention to this matter and prior adjournments of deadlines, which gave the Parties an opportunity to reach an early resolution.

Respectfully submitted,

/s/ Michele M. Solari
Michele M. Solari

cc: All counsel of record (via ECF)